UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-271** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS** |
| | : | 18 U.S.C. § 371 (Conspiracy); |
| **EDDIE RAY KAHN,** | : | 18 U.S.C. § 1341 (Mail Fraud); |
| **STEPHEN C. HUNTER,** | : | 18 U.S.C. § 2 (Aiding and Abetting |
| **DANNY TRUE,** | : | and Causing an Act to be done) |
| a/k/a DARBY | : | |
| **JERRY R. WILLIAMSON,** | : | |
| a/k/a JAY ARR, and | : | |
| **ALLAN J. TANGUAY,** | : | **FILED** |
| a/k/a ARNOLD | : | |
| | : | SEP 15 2008 |
| **Defendants** | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

<u>MOTION TO UNSEAL INDICTMENT</u>

THE UNITED STATES OF AMERICA respectfully requests that the indictment in this case be unsealed for the since the United States is no longer apprehensive that one or more defendants may flee the jurisdiction if they become aware of the indictment which has been returned against them.

                                        Nathan J. Hochman
                                        Assistant Attorney General

                                        Jeffrey A. McLellan
                                        Trial Attorney
                                        U.S. Department of Justice
                                        P.O. Box 972
                                        Washington, DC 20044
                                        (202) 514-5150

DATED: September 12, 2008

3572060 1