UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 08-271 (RCL) |
| v. ) | |
| ) | **FILED** |
| EDDIE RAY KAHN, ) | MAR 2 8 2013 |
| ) | Clerk, U.S. District and |
| Defendant. ) | Bankruptcy Courts |

## ORDER

Before the Court is a letter from defendant Eddie Ray Kahn, styled as a Motion for a copy of the Grand Jury Concurrence Form accompanying the Indictment [1] that charged Mr. Kahn and his codefendants with violations of 18 U.S.C. §§ 2, 371, & 1341. The Court hereby instructs the Clerk's Office to publish defendant's motion on the docket. It is hereby

**ORDERED** that the defendant's motion is **GRANTED**; it is

**FURTHER ORDERED** that the Clerk shall direct a copy of the following attachments to this Order to Mr. Kahn:

(1) Report on Poll of Indictment, returned in court on September 3, 2008, and signed by the Grand Jury Foreperson; and

(2) Indictment from Criminal Case No. 08-271, filed in open court on September 3, 2008, and signed by the Grand Jury Foreperson.

**SO ORDERED** this 27th day of March 2013.

ROYCE C. LAMBERTH
Chief Judge
United States District Court