**ORIGINAL**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00271 **RCL** |
| Purported Plaintiff | ) | |
| | ) | DEMAND FOR COPY OF |
| v. | ) | GRAND JURY CONCURRENCE FORM |
| EDDIE RAY KAHN | ) | |
| Party of Interest | ) | **FILED** |

MAR 28 2013

Clerk, U.S. District and
Bankruptcy Courts

To the Clerk of the above named Court:

The undersigned hereby demands a copy of the purported Grand Jury Concurrence Form signed by at least twelve (12) Grand Jurors voting to indict in Case #1:08-cr-00271. Pursuant to Rule 16 of the F.R. Crim. P., and Title 18 §3500 of the United States Code (the Jencks Act, & Brady v. Maryland), the undersigned is absolutely entitled to a Certified Copy of the Grand Jury Concurrence Form.

Failure to provide the Grand Jury Concurrence Form for the above mentioned case shall be deemed your tacit admission there never was a Grand Jury Indictment in fact. Please return to me a file stamped copy of this Demand in the self-addressed envelope provided.

This is important information needed for my Appeal. Please respond within 10 days of receipt of this demand.

Date: 3-15-13

_Eddie Ray Kahn_
Eddie Ray Kahn
#18325-008
P.O. Box 630
Winton, North Carolina 27986

Certified Mail # 7012 1010 0001 3211 8534

Attorney General of the United States



RECEIVED
Mail Room
MAR 18 2013

CERTIFICATE OF MAILING – SERVICE

I certify that on this __16__ day of __March__, 2013 this was mailed to the Clerk of the U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, DC 20001.

_Kathleen Kahn_
Kathleen Kahn